IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FERNANDO ARANDA,

    Plaintiff,                              No. CIV S-10-1434 GEB DAD P

    vs.

ELIZABETH MEYERS, et al.,

    Defendants.                        <u>ORDER</u>

         On August 20, 2010, plaintiff filed a request for reconsideration of the magistrate judge's order filed June 18, 2010, denying plaintiff's application to proceed in forma pauperis and requiring him to pay the $350.00 filing fee in full for this action. Plaintiff also requests the reconsideration of the magistrate judge's July 6, 2010 findings and recommendations, which recommended this action be voluntarily dismissed. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

1

Therefore, IT IS HEREBY ORDERED that:

1. Upon reconsideration, the order of the magistrate judge filed June 18, 2010 is affirmed;

2. Upon reconsideration, the findings and recommendations of the magistrate judge filed July 6, 2010 are affirmed;

3. Plaintiff's August 20, 2010 motion to appeal (Doc. No. 15) is denied; and

4. Plaintiff's August 20, 2010 application to proceed in forma pauperis (Doc. No. 16) is denied.

Dated: September 2, 2010

GARLAND E. BURRELL, JR.
United States District Judge